ATTORNEY(S) : Helen F. Dalton & Associates, P.C.
INDEX # : 2:22-cv-00901
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : U. S. District
COUNTY/DISTRICT : Eastern Dist.


P6113146

# AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Jose Ramon Acosta, Individually and on behalf of all other similarly situated

Plaintiff(s)

against

LB Pizza LLC D/B/a Davinci's Pizzeria, et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age: 60 yrs
Weight: 120 lbs   Height: 5' 1"   Sex: Female   Color of skin: White
Hair color: Brown   Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **March 1, 2022**, at **12:50 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons Civil Cover Sheet Collective Action Complaint**

on
**LB Pizza LLC D/B/a Davinci's Pizzeria**

the Defendant in this action, by delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

1st day of March, 2022

YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2022

Robert Guyette

Invoice·Work Order # 2206638
Attorney File # 6113146